UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| **EARL EUGENE BATES,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No. 5:25-cv-73-AMM-SGC |
| **CAROLYN CRABTREE,** *et al.*, | ) |
| **Defendants.** | ) |

## MEMORANDUM OPINION

Earl Eugene Bates initiated this matter by filing a *pro se* complaint on the form typically used by prisoners to assert civil rights claims under 42 U.S.C. § 1983. Doc. 1. Because the complaint seeks release from pretrial confinement—not redress for the conditions of confinement—the magistrate judge ordered Mr. Bates to file either: (1) a habeas petition challenging his confinement; or (2) an amended Section 1983 complaint seeking relief appropriate under that statute. Doc. 4. In his response to the order, Mr. Bates acknowledged he wished to file a habeas petition under 28 U.S.C. § 2241. Doc. 5. Accordingly, the magistrate judge entered a report on May 13, 2025, recommending dismissal of this action without prejudice for failure to state a claim upon which relief can be granted. Doc. 6.

The copy of the report and recommendation mailed to the petitioner at his address of record has been returned as undeliverable. Doc. 7. Although Mr. Bates

has not notified the court of a change of address, online records indicate he may have been transferred to the Lawrence County Jail.[1]

After careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, the claims presented in this matter are due to be dismissed without prejudice for failing to seek relief available via Section 1983.

The Clerk of Court is **DIRECTED** to provide copies of this opinion and the accompanying order to the plaintiff at his address of record and at the Lawrence County Jail, addressed as follows:

Earl Eugene Bates c/o Lawrence County Jail
242 Parker Road
Moulton, AL 35650

A final judgment will be entered.

**DONE** and **ORDERED** this 2nd day of June, 2025.



ANNA M. MANASCO
UNITED STATES DISTRICT JUDGE

---

[1] Mr. Bates was aware of his duty to keep the court informed of any address change. *See* Doc. 3. Failure to do so would constitute failure to prosecute.